David Thomas SILVERS, Sr.,
Plaintiff–Appellant,

v.

IREDELL COUNTY DEPARTMENT OF SOCIAL SERVICES; Donald C. Wall, D.S.S. Dir., in individual and official capacities; Paxton Butler, Asst. D.A., in individual and official capacities; City of Statesville, Defendants–Appellees.

No. 16-1549

United States Court of Appeals, Fourth Circuit.

Submitted: October 13, 2016

Decided: October 17, 2016

David Thomas Silvers, Sr., Appellant Pro Se. Patrick Houghton Flanagan, Cranfill, Sumner & Hartzog, LLP, Charlotte, North Carolina; James R. Morgan, Jr., Womble Carlyle Sandridge & Rice, PLLC, Winston–Salem, North Carolina, for Appellees.

Before NIEMEYER, DUNCAN, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Thomas Silvers, Sr., appeals the district court's orders denying relief on his civil complaint. We have reviewed the record and find no reversible error. Accord-

ingly, we affirm for the reasons stated by the district court. Silvers v. Iredell Cty. DSS, No. 5:15–cv–00083–RLV–DCK (W.D.N.C. Feb. 3, 2016 & Apr. 15, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED